# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Georgia M. Green

Case No. Civil 01-1537 PAM/RLE

v.

**JUDGMENT IN A CIVIL CASE**

C&N Marine Corporation,
MarineMax Services, Inc and
Michael Montilino,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Count 4 of the Complaint is DISMISSED with prejudice as withdrawn;

2. Insofar as it relates to Defendants C&N Marine Corporation d/b/a MarineMax Cochrans and Marine Max Services, Inc., Count 4 of the Complaint alleging tortious interference with contract is DISMISSED with prejudice as withdrawn; and

3. Defendants' motions for summary judgment on Plaintiff's remaining claims are granted.

DATE: September 4, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery , Deputy Clerk